UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Herbert B. Raymond, Esq.**
**Attorneys at Law**
**7 Glenwood Avenue, 4ᵀᴴ Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Voice-mail (815) 642-4613**
**Email:<u>bankruptcy123@comcast.net</u>**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on October 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SIMONE JULIEN, DEBTOR(S)

Case No.: 17-29514   VFP

Adv. No.:

Hearing Date: 10/19/17 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER EXTENDING THE AUTOMATIC STAY

  The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 25, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Page 2
Debtor: Simone Julien, Debtor(s)
Case no.: 17-29514 VFP
Caption of order: Order Extending The Automatic Stay
-----------------------------------------------------------------

    1. The automatic stay be and is hereby extended as to all creditors and/or all parties in interest.

    2. That the automatic stay be and is hereby extended as to Midfirst Bank, concerning its foreclosure action pertaining to real property located at 58 Neptune Ave., Jersey City, New Jersey 07305.