UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Herbert B. Raymond, Esq.**
**Attorneys at Law**
**7 Glenwood Avenue, 4TH Floor**
**East Orange, New Jersey 07017**
**Telephone: (973) 675-5622**
**Telefax: (408) 519-6711**
**Voice-mail (815) 642-4613**
**Email:bankruptcy123@comcast.net**
**Herbert B. Raymond, Esq.**
**Jeffrey M. Raymond, Esq.**
**Kevin DeLyon, Esq.**
**Attorneys for the Debtor(s)**

Order Filed on October 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

SIMONE JULIEN, DEBTOR(S)

Case No.: 17-29514   VFP

Adv. No.:

Hearing Date: 10/19/17 @ 11:00 A.M.

Judge: VINCENT F. PAPALIA

ORDER EXTENDING THE AUTOMATIC STAY

    The relief set forth on the following pages two (2) through two (2), is hereby **ORDERED**.

**DATED: October 25, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

```
Page 2
Debtor: Simone Julien, Debtor(s)
Case no.: 17-29514 VFP
Caption of order: Order Extending The Automatic Stay
-----------------------------------------------------------------

    1. The automatic stay be and is hereby extended as to all
creditors and/or all parties in interest.
    2. That the automatic stay be and is hereby extended as to
Midfirst Bank, concerning its foreclosure action pertaining to
real property located at 58 Neptune Ave., Jersey City, New Jersey
07305.
```

United States Bankruptcy Court
District of New Jersey

In re:  
Simone Julien  
    Debtor

Case No. 17-29514-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 25, 2017  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2017.  
db        +Simone Julien,   PO Box 8211,   Jersey City, NJ 07308-8211

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2017    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2017 at the address(es) listed below:  
        Herbert B. Raymond    on behalf of Debtor Simone  Julien bankruptcy123@comcast.net,  
         jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com  
        Marie-Ann  Greenberg    magecf@magtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 4