Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17–29514–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Julien
   aka Anne Simon Julien, aka Anne S Julien
   P0 Box 8211
   Jersey City, NJ 07308
Social Security No.:
   xxx–xx–4999
Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 7/19/18 at 11:00 AM

to consider and act upon the following:

**39** – Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 172 Garfield Avenue Jersey City NJ 07305. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 27 Opposition filed by Debtor Simone Julien, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/22/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

**43** – Certification in Opposition to (related document:39 Creditor's Certification of Default (related document:25 Motion for Relief from Stay re: 172 Garfield Avenue Jersey City NJ 07305. Fee Amount $ 181. filed by Creditor MIDFIRST BANK, 27 Opposition filed by Debtor Simone Julien, 31 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 06/22/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MIDFIRST BANK) filed by Herbert B. Raymond on behalf of Simone Julien. (Raymond, Herbert)

Dated: 6/26/18

Jeanne Naughton
Clerk, U.S. Bankruptcy Court