Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–29514–VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Julien
   aka Anne Simon Julien, aka Anne S Julien
   P0 Box 8211
   Jersey City, NJ 07308

Social Security No.:
   xxx–xx–4999

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 9, 2018.

On 7/20/18 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:            September 6, 2018
Time:            10:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: July 23, 2018
JAN: dmc

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-29514-VFP
Simone Julien                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                 Page 1 of 2           Date Rcvd: Jul 23, 2018
                                Form ID: 185                Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db            +Simone Julien,    PO Box 8211,    Jersey City, NJ 07308-8211
cr            +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
517087372     +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517087373     +KML Law Group Inc.,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517087374     +KML Law Group PC LLP,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517196991     +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517087377     +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,    200 Sheffield Street - Suite 301,
                PO Box 1024,    Mountainside, NJ 07092-0024
517087379     +Midfirst Bank,    3232 West Reno,    Oklahoma City, OK 73107-6130
517087376     +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087375     +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087381      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087383      Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517087384     +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
517087389     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motors,    Attn: Bankruptcy,    PO Box 371491,
                Pittsburg, PA 75266)
517107619      Nissan,    POB 660366,    Dallas, TX  75266-0366
517087388     +Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
517087390      Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
517087391     +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 00:10:56      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 00:10:53      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517318639     +E-mail/Text: bncmail@w-legal.com Jul 24 2018 00:11:05      CAREPOINT HEALTH - PHYSICAN CHMG,
                C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
517318649     +E-mail/Text: bncmail@w-legal.com Jul 24 2018 00:11:05      CAREPOINT HEALTH - PHYSICAN GSHA,
                C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517087380*    +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087378*    +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087382*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087385*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087386*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087387*    +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
                                                                                    TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: 185             Total Noticed: 22


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Herbert B. Raymond    on behalf of Debtor Simone  Julien bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
               mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```