Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                               Case No.:  17−29514−VFP
                               Chapter:  13
                               Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Simone Julien
   aka Anne Simon Julien, aka Anne S Julien
   P0 Box 8211
   Jersey City, NJ 07308

Social Security No.:
   xxx−xx−4999

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Vincent F. Papalia on:

Date:       9/6/18
Time:      02:00 PM
Location:    Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Herbert B. Raymond

COMMISSION OR FEES
$1100.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

     In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 14, 2018
JAN:

Jeanne Naughton
Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-29514-VFP
Simone Julien                                                 Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                 Page 1 of 2               Date Rcvd: Aug 14, 2018
                               Form ID: 137                Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2018.
db             +Simone Julien,    P0 Box 8211,    Jersey City, NJ 07308-8211
cr             +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
517087372      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517087373      +KML Law Group Inc.,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517087374      +KML Law Group PC LLP,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517196991      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517087376      +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087377      +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,    200 Sheffield Street - Suite 301,
                 PO Box 1024,    Mountainside, NJ 07092-0024
517087375      +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087379      +Midfirst Bank,    3232 West Reno,    Oklahoma City, OK 73107-6130
517087383       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517087381       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087384      +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
517087389     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
                (address filed with court: Nissan Motors,     Attn: Bankruptcy,    P0 Box 371491,
                 Pittsburg, PA 75266)
517107619       Nissan,    POB 660366,    Dallas, TX  75266-0366
517087388      +Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
517087390       Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
517087391      +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2018 23:43:49      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2018 23:43:46      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517318639      +E-mail/Text: bncmail@w-legal.com Aug 14 2018 23:44:00      CAREPOINT HEALTH - PHYSICAN CHMG,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
517318649      +E-mail/Text: bncmail@w-legal.com Aug 14 2018 23:44:00      CAREPOINT HEALTH - PHYSICAN GSHA,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517087380*     +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087378*     +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087382*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087385*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087386*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087387*     +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
                                                                                            TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Simone  Julien bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
              mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Aug 14, 2018
                              Form ID: 137             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              John R. Morton, Jr.   on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 7
```