UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Herbert B. Raymond, Esq., Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
(973) 675-5622; (408) 519-6711 Telefax
Email: bankruptcy123@comcast.net
Herbert B. Raymond; Jeffrey M. Raymond, Kevin DeLyon
Attorneys for the Debtor(s)

---

| | |
|---|---|
| In Re: | Case No.:　　17-29514 VFP_ |
| SIMONE JULIEN, DEBTOR(S) | Judge:　　VINCENT F. PAPALIA |
| | Chapter:　　13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.　　☒ Motion for Relief from the Automatic Stay filed by Nissan Motor Acceptance Corporation, creditor,

　　A hearing has been scheduled for SEPTEMBER 6, 2018_, at  11:00 A.M.  __.

　　☐ Motion to Dismiss filed by the Chapter 13 Trustee.

　　A hearing has been scheduled for　　　　　, at　　　　_.

　　☐ Certification of Default filed by ,

　　I am requesting a hearing be scheduled on this matter.

2.　　I oppose the above matter for the following reasons **(choose one)**:

　　☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:

There appears to be about $1,750 due through the August payment, September is not due yet. I will be able to pay all that is due within a period of ten (10) days and intend on providing the funds to my attorney. There was an issue with payments, unfortunately statements are not sent to me and I had remitted a couple of payments which were returned and then gave the payment(s) to my attorney to send in. In any event I will be able to catch up with all that is due within a short period of time.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: SEPTEMBER 4, 2018_                                       /S/ SIMONE JULIEN_
                                                               Debtor's Signature

Date: _____                                   _____
                                                               Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*