| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** | |
| DENISE CARLON, ESQUIRE KML LAW GROUP, P.C. Sentry Office Plz 216 Haddon Ave. Suite 406 Westmont, NJ 08018 (215)627-1322 dcarlon@kmllawgroup.com Attorneys for Secured Creditor MidFirst Bank | |
| In Re: Simone Julien, Debtor. | Case No.:  17-29514 VFP Adv. No.: Hearing Date:  12/7/17 @10:00 a.m. Judge:  Vincent F. Papalia |

**Order Filed on October 15, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: October 15, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2
Debtor:              Simone Julien
Case No.:          17-29514 VFP
Caption:           **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, holder of a mortgage on real property located at 172 Garfield Avenue, Jersey City NJ 07305, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Herbert B. Raymond, Esquire, attorney for Debtor, Simone Julien, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make regular payments outside the plan while the sale is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.