| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>46871<br>Morton & Craig LLC<br>John R. Morton, Jr., Esq.<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>856-866-0100<br>Attorney for Nissan Motor Acceptance Corporation | Order Filed on October 22, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SIMONE JULIEN<br>*aka* Anne S. Julien | Case No.: 17-29514<br><br>Adv. No.:<br><br>Hearing Date: 9-6-18<br><br>Judge:  VFP |

### ORDER FOR MONTHLY PAYMENTS AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 22, 2018**

_____
**H**onorable Vincent F. Papalia
United States Bankruptcy Judge

**Simone Julien**
**17-29514(VFP)**
**Order Providing for Monthly Payments for Stay Relief under Certain Circumstances**
**Page 2**

This matter having been brought on before this Court on motion for stay relief filed by John R. Morton, Jr., Esq/, attorney for Nissan Motor Acceptance Corporation, with the appearance of Herbert Raymond, Esq. on behalf of the debtor, and this order having been filed with the Court and served upon the debtor and her attorney under the seven day rule with no objections having been received as to the form or entry of the order, and for good cause shown;

IT IS ORDERED:

1. That Nissan Motor Acceptance Corporation is the holder of a first purchase money security interest encumbering a 2015 Nissan Altima bearing vehicle identification number 1N4AL3AP1FN869913 (hereinafter the "vehicle").

2. The debtor shall make all retail installment contract payments to Nissan Motor Acceptance Corporation when due, being the 9th day of each month. In the event the debtor fails to make any payment for a period of 30 days after it falls due, Nissan Motor Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification of nonpayment and serving it upon the debtor and her attorney.

3. The debtor shall maintain insurance on the vehicle in accordance with the terms of the retail installment contract. In the event of a lapse of insurance for any period of time without intervening coverage, Nissan Motor Acceptance Corporation shall receive stay relief to repossess and sell the vehicle by filing a certification that insurance has lapsed with the court and serving it upon the debtor and her attorney.

4. The debtor shall pay to Nissan Motor Acceptance Corporation through the plan, a counsel fee of $531 which shall be paid by the trustee as an administrative priority expense.