UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>SIMONE JULIEN, DEBTOR | Case No.:    17-29514 VFP____<br><br>Chapter:    13_____<br>Judge:    VINCENT F. PAPALIA__ |

## NOTICE OF PROPOSED PRIVATE SALE

SIMONE JULIEN_, DEBTOR_, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

**Address of the Clerk:** Clerk, U.S. Bankruptcy Court, 50 Walnut St., 3rd Floor, Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia, U.S.B.J. on June 6, 2019, at 10:00 a.m. at the United States Bankruptcy Court, courtroom no. 3B _, 50 Walnut St., 3rd Floor, Newark, New Jersey 07102_. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

**Description of property to be sold:** 58 Neptune Avenue (aka 172 Garfield Avenue), Jersey City, NJ 07308

**Proposed Purchaser:** Sandra Julien, Debtor's Daughter

**Sale price:** $565,000 part of which is large gift of equity

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

**Name of Professional:**

**Amount to be paid:**

**Services rendered:**

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name:         Herbert B. Raymond, Esq., Debtor's Counsel_____

Address:      7 Glenwood Avenue, 4th Floor, East Orange, NJ 07017_____

Telephone No.: 973-675-5622;  Email: bankruptcy123@comcast.net_____

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-29514-VFP
Simone Julien                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin            Page 1 of 2            Date Rcvd: May 13, 2019
                                Form ID: pdf905        Total Noticed: 22

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2019.
db             +Simone Julien,    P0 Box 8211,    Jersey City, NJ 07308-8211
cr             +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
517087372      +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517087373      +KML Law Group Inc.,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517087374      +KML Law Group PC LLP,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517196991      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517087376      +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087377      +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,     200 Sheffield Street - Suite 301,
                 PO Box 1024,    Mountainside, NJ 07092-0024
517087375      +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087379      +Midfirst Bank,    3232 West Reno,    Oklahoma City, OK 73107-6130
517087383       Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517087381       Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087384      +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
517087389     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
               (address filed with court: Nissan Motors,    Attn: Bankruptcy,    P0 Box 371491,
                 Pittsburg, PA 75266)
517107619       Nissan,   POB 660366,    Dallas, TX  75266-0366
517087388      +Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
517087390       Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
517087391      +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 14 2019 00:04:53      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 14 2019 00:04:50      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517318639      +E-mail/Text: bncmail@w-legal.com May 14 2019 00:05:03      CAREPOINT HEALTH - PHYSCAN CHMG,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
517318649      +E-mail/Text: bncmail@w-legal.com May 14 2019 00:05:03      CAREPOINT HEALTH - PHYSICAN GSHA,
                 C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                              TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517087380*     +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087378*     +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087382*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087385*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087386*      Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087387*     +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
                                                                                        TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 11, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: May 13, 2019
                              Form ID: pdf905          Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Herbert B. Raymond    on behalf of Debtor Simone  Julien herbertraymond@gmail.com,
           raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;esq5622@gmail.com;raymondlaw5622@gmail.com
          John R. Morton, Jr.    on behalf of Creditor   Nissan Motor Acceptance Corporation
           ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                          TOTAL: 8