| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Raymond and Raymond<br>Attorneys at Law<br>7 Glenwood Avenue, 4TH Floor<br>East Orange, New Jersey 07017<br>Telephone: (973) 675-5622<br>Telefax: (408) 519-6711;<br>Email:** herbertraymond@gmail.com<br>**Herbert B. Raymond #HR-1379<br>Jeffrey M. Raymond<br>Kevin de Lyon<br>Attorneys for the Debtor(s)** | Order Filed on July 10, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>SIMONE JULIEN,  DEBTOR(S) | Case No.:   17-29514 (VFP)<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: VINCENT PAPALIA |

ORDER GRANTING SUPPLEMENTAL COUNSEL FEES

    The relief set forth on the following pages two (2) through two (2),  is hereby **ORDERED**.

**DATED: July 10, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Simone Julien, Debtor(s)

Case no.: 17-29514 (VFP)

Caption of order: Order Granting Supplemental Counsel Fees
_____

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Herbert B. Raymond, Esq., the applicant, is allowed a fee of **$650.00** for services rendered and expenses in the amount **N/A**   for a total of **$650.00**.  The allowance shall be payable

    ___XXXX___   through the Chapter 13 plan as an administrative priority.

    _____   outside the plan.

    This fee shall be payable to Debtor's counsel notwithstanding the dismissal of the case.