**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Simone Julien <br> First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–4999 <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–29514–VFP | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Simone Julien
    aka Anne Simon Julien, aka Anne S Julien

11/25/19

**By the court:** Vincent F. Papalia
                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 17-29514-VFP
Simone Julien                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2        Date Rcvd: Nov 25, 2019
                            Form ID: 3180W           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
```
db           +Simone Julien,    P0 Box 8211,    Jersey City, NJ 07308-8211
cr           +Nissan Motor Acceptance Corporation,    PO Box 660366,    Dallas, TX 75266-0366
517087372    +KML Law Group,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
517087373    +KML Law Group Inc.,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517087374    +KML Law Group PC LLP,    216 Hadden Avenue,    Suite 406,    Westmont, NJ 08108-2812
517196991    +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
517087376    +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087377    +Midfirst Bank,    Attn: Zucker, Goldberg & Ackerman,    200 Sheffield Street - Suite 301,
               PO Box 1024,    Mountainside, NJ 07092-0024
517087375    +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087379    +Midfirst Bank,    3232 West Reno,    Oklahoma City, OK 73107-6130
517087383     Midland Mortgage,    PO Box 26648,    Oklahoma City, OK 73126-0648
517087381     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087384    +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
517087389   ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,    PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court: Nissan Motors,    Attn: Bankruptcy,    P0 Box 371491,
               Pittsburg, PA 75266)
517107619     Nissan,    POB 660366,    Dallas, TX  75266-0366
517087388    +Nissan Motor Acceptance Corporation,    PO Box 660360,    Dallas, TX 75266-0360
517087390     Nissan Motors,    18501 South Figueroa Street,    Gardena, CA 90248
517087391    +Simone A Julien,    For Notice Only,    19 Freedom Place,    Jersey City, NJ 07305-4101
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Nov 26 2019 00:10:43     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 26 2019 00:10:38     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
517318639    +E-mail/Text: bncmail@w-legal.com Nov 26 2019 00:10:52     CAREPOINT HEALTH - PHYSICAN CHMG,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
517318649    +E-mail/Text: bncmail@w-legal.com Nov 26 2019 00:10:52     CAREPOINT HEALTH - PHYSICAN GSHA,
               C/O Weinstein & Riley P.S.,    2001 Western Ave Ste. 400,    Seattle, WA 98121-3132
                                                                                             TOTAL: 4

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517087380*    +Midfirst Bank,    999 North West Grand Blvd.,    Oklahoma City, OK 73118-6051
517087378*    +Midfirst Bank,    PO Box 268950,    Oklahoma City, OK 73126-8950
517087382*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087385*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087386*     Midland Mortgage,    PO Box 268888,    Oklahoma City, OK 73126-8888
517087387*    +Midland Mortgage,    PO Box 18187,    Oklahoma City, OK 73154-0187
                                                                                    TOTALS: 0, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-2            User: admin              Page 2 of 2              Date Rcvd: Nov 25, 2019
                                Form ID: 3180W           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
              Herbert B. Raymond    on behalf of Debtor Simone  Julien herbertraymond@gmail.com,
               raymondmail@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotm
               ail.com;kdelyon.raymond@gmail.com;herbertraymond5967@yahoo.com;raymondlaw5622@gmail.com;courtemai
               ls789@gmail.com
              John R. Morton, Jr.    on behalf of Creditor    Nissan Motor Acceptance Corporation
               ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8